## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## No. 1:26-MC-12-WCM

FILED
ASHEVILLE, NC

MAY 18 2026

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

IN RE: REQUIRED DISCLOSURES )
IN CERTAIN CASES IN WHICH THE )
GOVERNMENT APPEARS )
)

**ORDER**

This matter is before the undersigned on the Court's own motion.

Canon 3C(1)(d)(ii) of the Code of Conduct for United States Judges directs, in part, that "[a] judge shall disqualify himself or herself in a proceeding in which the judge's impartiality might reasonably be questioned including but not limited to instances in which the judge or the judge's spouse, or a person related to either within the third degree of relationship, or the spouse of such a person is acting as a lawyer in the proceeding[.]"

To help ensure compliance with this requirement, with respect to any matter that has been assigned to the undersigned for any purpose, including but not limited to cases in which the undersigned is acting as the presiding judicial officer, the referral magistrate judge, or otherwise, and in which the Government appears in any capacity or for any reason, the Government is **DIRECTED TO NOTIFY** the Court, as soon as practicable, if Assistant United States Attorney William W. Metcalf is acting or has acted as an attorney in or relating to the matter, or has done any work or

1

given any advice with respect to the matter, regardless of whether such work was performed or advice given before or after the action was filed.

The Clerk is respectfully directed to transmit a copy of this order to the United States Attorney's Office for the Western District of North Carolina.

It is so ordered.

This the 18th day of May, 2026.

W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE

2